| | |
|---|---|
| **LINKEDIN CORPORATION**<br>Blake J. Lawit (SBN 211812)<br>2029 Stierlin Court<br>Mountain View, CA 94043<br>Telephone:    650-605-1016<br>Facsimile:    650-810-2897<br>Email: blawit@linkedin.com<br><br>*Attorney for Defendant*<br>*LINKEDIN CORPORATION* | **REESE RICHMAN LLP**<br>Michael R. Reese (SBN 206773)<br>875 Avenue of the Americas, 18th Floor<br>New York, New York 10001<br>Telephone: 212-643-0500<br>Facsimile: 212-253-4272<br>Email: mreese@reeserichman.com<br>         krichman@reeserichman.com<br>         bwilliams@reeserichman.com<br><br>-and-<br><br>**MILBERG LLP**<br>Anne Marie Vu (SBN 238771)<br>One Pennsylvania Plaza, 49th Floor<br>New York, New York 10119<br>Telephone:  212-594-5300<br>Facsimile: 212-868-1229<br>Email: sdumain@milberg.com<br>         pseidman@ milberg.com<br>         avu@milberg.com<br><br>*Attorneys for Plaintiff Kevin Low* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN LOW, individually and behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>      v.<br><br>LINKEDIN CORPORATION, a Delaware corporation, and DOES 1 to 50 inclusive;<br><br>                Defendants. | Case No. CV 11-01468 HRL<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1(a))** |

This Stipulation is entered into by and among plaintiff Kevin Low ("Plaintiff") and defendant LinkedIn Corporation ("LinkedIn"), by and through their respective counsel.

WHEREAS the Complaint in this action was filed on March 28, 2011 and served upon LinkedIn on March 30, 2011;

WHEREAS the current deadline for LinkedIn to answer, move to dismiss, or otherwise respond to the Complaint is April 20, 2011;

WHEREAS under Civil Local Rule 6-1(a), parties may stipulate in writing, without a Court order, to extend the time within which to answer, move to dismiss, or otherwise respond to the Complaint; AND

WHEREAS extending the date for LinkedIn to answer, move to dismiss, or otherwise respond to the Complaint to and including May 20, 2011 will not alter the date of any event or deadline already fixed by Court order.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

LinkedIn's deadline to answer, move to dismiss, or otherwise respond to the Complaint is extended to and including May 20, 2011.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated:  April 18, 2011 | By:  /s/ Blake J. Lawit<br>BLAKE J. LAWIT<br><br>*Attorney for Defendant*<br>LINKEDIN CORPORATION |
| Dated:  April 18, 2011 | REESE RICHMAN LLP<br><br>By:  /s/ Michael R. Reese<br>MICHAEL R. REESE<br><br>*Attorneys for Plaintiff Kevin Low* |