| | |
|---|---|
| BLAKE J. LAWIT (SBN 211812)<br>**LinkedIn Corporation**<br>2029 Stierlin Court<br>Mountain View, CA 94043<br>Telephone:    650-605-1016<br>Facsimile:    650-810-2897<br>Email: blawit@linkedin.com<br><br>Attorney for Defendant<br>LINKEDIN CORPORATION | **REESE RICHMAN LLP**<br>Michael R. Reese (SBN 206773)<br>Kim E. Richman<br>Belinda L. Williams<br>875 Avenue of the Americas, 18th Floor<br>New York, New York 10001<br>Telephone: 212-643-0500<br>Facsimile: 212-253-4272<br>Email: mreese@reeserichman.com<br>           krichman@reeserichman.com<br>           bwilliams@reeserichman.com<br><br>-and-<br><br>**MILBERG LLP**<br>Sanford P. Dumain<br>Peter E. Seidman<br>Anne Marie Vu (SBN 238771)<br>One Pennsylvania Plaza, 49th Floor<br>New York, New York 10119<br>Telephone: 212-594-5300<br>Facsimile: 212-868-1229<br>Email: sdumain@milberg.com<br>           pseidman@ milberg.com<br>           avu@milberg.com<br><br>Attorneys for Plaintiff Kevin Low |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN LOW, individually and behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>LINKEDIN CORPORATION, a Delaware corporation, and DOES 1 to 50 inclusive;<br><br>                    Defendants. | Case No. CV 11-01468 HRL<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO SET OUT BRIEFING SCHEDULE FOR MOTION TO DISMISS (L.R. 6-1(a))** |

STIPULATION RE: TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEUDLE

This Stipulation is entered into by and among plaintiff Kevin Low ("Plaintiff") and defendant LinkedIn Corporation ("LinkedIn"), by and through their respective counsel.

WHEREAS the Complaint in this action was filed on March 28, 2011 and served upon LinkedIn on March 30, 2011;

WHEREAS the current deadline for LinkedIn to answer, move to dismiss, or otherwise respond to the Complaint is May 20, 2011;

WHEREAS under Civil Local Rule 6-1(a), parties may stipulate in writing, without a Court order, to extend the time within which to answer, move to dismiss, or otherwise respond to the Complaint;

WHEREAS extending the date for LinkedIn to answer, move to dismiss, or otherwise respond to the Complaint to and including June 10, 2011 will not alter the date of any event or deadline already fixed by Court order, and the Parties wish to set out a briefing schedule regarding a motion to dismiss to provide the Parties adequate time to brief the issues fully;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

LinkedIn's deadline to answer, move to dismiss, or otherwise respond to the Complaint is extended to and including June 10, 2011.  Plaintiff's deadline to file its Opposition in response to any motion to dismiss filed by LinkedIn shall be July 25, 2011.  LinkedIn's deadline to file its Reply Brief in response to any Opposition filed by Plaintiff shall be August 8, 2011.

**IT IS SO STIPULATED.**

Dated:  May 13, 2011                By:  ___/s/ Blake J. Lawit___
                                              BLAKE J. LAWIT

                                         *Attorney for Defendant*
                                         LINKEDIN CORPORATION

Dated:  May 13, 2011                REESE RICHMAN LLP

                                    By:  ___/s/ Michael R. Reese___
                                              MICHAEL R. REESE

                                         *Attorneys for Plaintiff Kevin Low*