| | |
|---|---|
| 1 | Simon J. Frankel (Bar No. 171552) |
| | Mali B. Friedman (Bar No. 247514) |
| 2 | COVINGTON & BURLING LLP |
| | One Front Street, 35th Floor |
| 3 | San Francisco, California  94111 |
| | Telephone:     (415) 591-6000 |
| 4 | Facsimile:      (415) 591-6091 |
| | Email: sfrankel@cov.com |
| 5 | |
| | Attorney for Defendant |
| 6 | LINKEDIN CORPORATION |
| 7 | |
| | Michael R. Reese (Bar No. 206773) |
| 8 | REESE RICHMAN LLP |
| | 875 Avenue of the Americas, 18th Floor |
| 9 | New York, New York  10001 |
| | Telephone:     (212) 643-0500 |
| 10 | Facsimile:      (212) 253-4272 |
| | Email: mreese@reeserichman.com |
| 11 | |
| | Sanford P. Dumain |
| 12 | Peter E. Seidman |
| | Anne Marie Vu (Bar No. 238771) |
| 13 | MILBERG LLP |
| | One Pennsylvania Plaza, 49th Floor |
| 14 | New York, New York  10119 |
| | Telephone:     (212) 594-5300 |
| 15 | Facsimile:      (212) 868-1229 |
| | Email: sdumain@milberg.com |
| 16 | |
| | Attorneys for Plaintiff |
| 17 | KEVIN LOW |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| KEVIN LOW, individually and behalf of all others similarly situated | Civil Case No.: CV 11-01468 HRL |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS (Local Rule 6-1(a))** |
| v. | |
| LINKEDIN CORPORATION, a Delaware corporation, and DOES 1 to 50 inclusive; | |
| Defendants. | |

1  This Stipulation is entered into by and among plaintiff Kevin Low ("Plaintiff")
2  and defendant LinkedIn Corporation ("LinkedIn"), by and through their respective counsel.
3  WHEREAS the Complaint in this action was filed on March 28, 2011 and served
4  upon LinkedIn on March 30, 2011;
5  WHEREAS the current deadline for LinkedIn to answer, move to dismiss, or
6  otherwise respond to the Complaint is June 10, 2011;
7  WHEREAS under Civil Local Rule 6-1 (a), parties may stipulate in writing,
8  without a Court order, to extend the time within which to answer, move to dismiss, or otherwise
9  respond to the Complaint;
10 WHEREAS extending the date for LinkedIn to answer, move to dismiss, or
11 otherwise respond to the Complaint to and including June 17, 2011 will not alter the date of any
12 event or deadline already fixed by Court order, and the Parties wish to set out a briefing
13 schedule regarding a motion to dismiss to provide the Parties adequate time to brief the issues
14 fully;
15 NOW, THEREFORE, the Parties hereby stipulate and agree as follows:
16 LinkedIn's deadline to answer, move to dismiss, or otherwise respond to the
17 Complaint is extended to and including June 17, 2011.  Plaintiff's deadline to file its Opposition
18 in response to any motion to dismiss filed by LinkedIn shall be August 1, 2011.  LinkedIn's
19 deadline to file its Reply Brief in response to any Opposition filed by Plaintiff shall be August
20 15, 2011.  Any motion to dismiss filed by LinkedIn on or before June 17, 2011 shall be set for
21 hearing no earlier than August 29, 2011.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS (Local Rule 6-1(a))    2    Civil Case No.: CV 11-01468 HRL

IT IS SO STIPULATED.

DATED: June 3, 2011  REESE RICHMAN LLP

By: _____/s/_____
　　Michael R. Reese
　　Attorneys for Plaintiff
　　KEVIN LOW

DATED: June 3, 2011  COVINGTON & BURLING LLP

By: _____/s/_____
　　Simon J. Frankel
　　Attorneys for Defendant
　　LINKEDIN CORPORATION

## ECF CERTIFICATION

I, Simon J. Frankel, am the ECF User whose identification and password are being used to file this Stipulation to Extend Time to Respond to Complaint and to Set Briefing Schedule for Motion to Dismiss. In compliance with General Order 45.X.B, I hereby attest that Michael R. Reese has concurred in this filing.

DATED: June 3, 2011                COVINGTON & BURLING LLP

By: _____/s/_____
    Simon J. Frankel