RECEIVED
SEP 12 2011
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LOW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION, a California Corporation, and DOES 1 to 50 inclusive,<br><br>Defendants. | Case No. 11-cv-1468-LHK<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Melissa Ryan Clark, whose business address and telephone number is Milberg LLP, One Pennsylvania Plaza, New York, NY 10119-0165, (212) 594-5300 and who is an active member in good standing of the bar of the Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Kevin Low.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: September 14, 2011

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge

- 1 -