1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN LOW, individually and on behalf of all others similarly situated,  ) <br> ) <br> Plaintiff,  ) <br>  v.  ) <br> ) <br> LINKEDIN CORPORATION, a California Corporation, and DOES 1 to 50 inclusive,  ) <br> ) <br> Defendants.  ) <br> ) | Case No.: 11-CV-01468-LHK <br><br> ORDER STAYING DISCOVERY |

Plaintiff Kevin Low ("Plaintiff"), filed this putative class action suit against LinkedIn Corp. ("Defendant").  In a concurrently filed order, the Court granted Defendant's motion to dismiss Plaintiff's complaint for lack of jurisdiction based on Article III standing.  In light of the fact that there is currently no operative complaint, the Court hereby stays discovery until such time as Plaintiff files a complaint from which the Court is able to discern that subject matter jurisdiction is proper.  The parties shall come prepared to discuss an amended case schedule at the December 14, 2011 case management conference.

**IT IS SO ORDERED.**

Dated: November 11, 2011

_Lucy H. Koh_____
LUCY H. KOH
United States District Judge