UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

OCT 18 P 2:56

KEVIN LOW, individually and on
behalf of all others similarly situated,

                          Plaintiff,

   v.

LINKEDIN CORPORATION, a
California Corporation, and DOES 1
to 50 inclusive,

                          Defendants.

Case No. 11-CV-1468-LHK

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Kim E. Richman, whose business address and telephone number is REESE RICHMAN LLP, 875 Avenue of the Americas, 18th Floor, New York, NY 10001, (212) 687-8291 and who is an active member in good standing of the bars of the Eastern District of New York and the Southern District of New York having District of California on a *pro hac vice* basis, representing Plaintiff Kevin Low.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

December 5, 2011

Dated: ~~October ____, 2011~~

*Lucy H. Koh*

The Honorable Lucy H. Koh
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California