1 **REESE RICHMAN LLP**
Michael R. Reese (Cal. Bar No. 206773)
2 Kim E. Richman
875 Avenue of the Americas, 18th Floor
3 New York, NY 10001
Telephone: (212) 643-0500
4 Facsimile: (212) 253-4272
Email: mreese@reeserichman.com
5         krichman@reeserichman.com

6

- and -
7
**MILBERG LLP**
8 Sanford P. Dumain
Peter E. Seidman (*pro hac vice*)
9 Melissa Ryan Clark (*pro hac vice*)
Charles Slidders
10 One Pennsylvania Plaza, 49th Floor
New York, NY 10119
11 Telephone: (212) 594-5300
Facsimile: (212) 868-1229
12 Email: sdumain@milberg.com
        pseidman@milberg.com
13      mclark@milberg.com
        cslidders@milberg.com
14

*Attorneys for Plaintiff Kevin Low*
15
                    **UNITED STATES DISTRICT COURT**
16                  **NORTHERN DISTRICT OF CALIFORNIA**
                         (SAN JOSE DIVISION)
17

| | | |
|---|---|---|
| 18 | KEVIN LOW, individually and on behalf of all others similarly situated, ) | CASE NO. CV 11-01468 (LHK) |
| 19 | ) Plaintiff, ) | **JOINT STIPULATION SETTING A BRIEFING SCHEDULE FOR MOTION TO DISMISS AND ADJOURNING DECEMBER 14, 2011, CASE MANAGEMENT CONFERENCE** |
| 20 | v. ) | |
| 21 | LINKEDIN CORPORATION, a California Corporation, ) | |
| 22 | ) Defendant. ) | |
| 23 | | |

1  WHEREAS, Defendant LinkedIn Corporation's motion to dismiss Plaintiff's initial
2 complaint was heard by the Court on September 15, 2011;

3  WHEREAS, on November 11, 2011, the Court entered an order granting Defendant's
4 motion to dismiss and providing Plaintiff 21 days from the filing of that order to file a first
5 amended complaint;

6  WHEREAS, pursuant to the Court's November 11, 2011 order, Plaintiff has until
7 December 2, 2011 to file a first amended complaint;

8  WHEREAS, there is currently a case management conference scheduled in this action for
9 December 14, 2011;

10  WHEREAS, the Court indicated at the September 15, 2011 motion to dismiss hearing
11 that, if Defendant filed a motion to dismiss the first amended complaint, the Court would likely
12 move the December 14, 2011 case management conference to the date of the hearing on that
13 motion;

14  WHEREAS, Defendant anticipates that it will file a motion to dismiss and the parties
15 have agreed to a briefing schedule for that motion;

16  WHEREAS, the Court's courtroom deputy has informed the parties that the next
17 available date for a hearing on the motion to dismiss is March 22, 2012;

18  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties,
19 through their undersigned counsel, that:

20
- Defendant's motion to dismiss the first amended complaint will be filed by January 9, 2012;
21

22
- Plaintiff's opposition to Defendant's motion to dismiss will be filed by February 2, 2012;

23
- Defendant's reply in further support of its motion to dismiss will be filed by February 17, 2012;
24

25
- The hearing on the motion to dismiss will be held on March 22, 2012, at 1:30 p.m.; and

26
- The case management conference currently scheduled for December 14, 2011, will be adjourned until March 22, 2012, at 1:30 p.m.
27

28

JOINT STIPULATION - 1 -

Dated: December 2, 2011                    Respectfully Submitted,

| | |
|---|---|
| /s/ Peter E. Seidman | /s/ Simon J. Frankel |
| **MILBERG LLP** | **COVINGTON & BURLING LLP** |
| Sanford P. Dumain | Simon J. Frankel |
| Peter E. Seidman (*pro hac vice*) | Mali Friedman |
| Melissa Ryan Clark (*pro hac vice*) | One Front Street |
| Charles Slidders | San Francisco CA 94111 |
| One Pennsylvania Plaza, 49th Floor | Telephone:   (415) 591-7052 |
| New York, New York 10119 | Facsimile:    (415) 955-6552 |
| Telephone:   (212) 594-5300 | Email: sfrankel@cov.com |
| Facsimile:    (212) 868-1229 | |
| Email: sdumain@milberg.com | ***Attorneys for Defendant*** |
|            pseidman@milberg.com | |

-and-

**REESE RICHMAN LLP**
Michael R. Reese (Cal. Bar No. 206773)
Kim E. Richman
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500

***Attorneys for Plaintiff***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 5, 2011          By: *Lucy H. Koh*
                                     Honorable Lucy H. Koh