UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN LOW, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>v.<br><br>LINKEDIN CORPORATION, a California Corporation, and DOES 1 to 50 inclusive,<br><br>           Defendants. | Case No.: 11-CV-01468-LHK<br><br>ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE |

Defendant's pending motion to dismiss is taken under submission. The hearing on the motion to dismiss and the case management conference set for July 12, 2012 are VACATED.

**IT IS SO ORDERED.**

Dated: July 11, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01468-LHK
ORDER VACATING HEARING